

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00447-CV

**ALPHA SECURITIES, LLC**,
Appellant

v.

**CITY OF FREDERICKSBURG**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15377
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED. We REMAND the case with instructions for the trial court to provide appellant with the opportunity to amend its pleadings to address whether it timely filed its original petition and to replead any claims that city officials violated the law.

We further ORDER that appellant is awarded costs it incurred related to this appeal.

SIGNED August 11, 2021.

Liza A. Rodriguez, Justice